UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR09-5243RJB |
| ) | |
| Plaintiff, ) | |
| ) | ORDER GRANTING UNOPPOSED |
| vs. ) | MOTION TO CONTINUE TRIAL |
| ) | DATE |
| JAVIER HERNANDEZ-APAEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Based on the defendant's unopposed motion to continue the trial date, and the affidavit of defense counsel in support of the motion, the facts set forth in which are hereby incorporated by reference and adopted as findings of fact, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore all relevant issues and defenses applicable to the case which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

4. Taking into account the exercise of due diligence, a continuance is necessary

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE   1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**

to allow the defendant the reasonable time for effective preparation his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

NOW, THEREFORE,

IT IS HEREBY ORDERED that the trial date is continued from June 15, 2009 to September 21, 2009, at 9:30 am. The resulting period of delay from June 15, 2009, to September 21, 2009, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pre-trial motions are due no later than August 24, 2009.

Pre-trial conference shall be on September 11, 2009, at 8:30 am.

DONE this 15th day of May, 2009.

/s/ Robert J Bryan
Robert J Bryan
United States District Judge

Presented By:

*/s/ Russell V. Leonard*
Russell V. Leonard
Attorney for Defendant

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE        2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Ste. 400**
**Tacoma, Washington 98402**
**(253) 593-6710**